IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEANNIE GUILBAUD, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN CAMPUS COMMUNITIES SERVICES, INC. <br><br> Defendant. | CASE NO.  1:13-CV-02490-TWT |

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE having come before the Court on the Agreed Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint [Dkt. 10], and the Court, having considered the Agreed Motion and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**  Defendant American Campus Communities Services, Inc., shall answer or otherwise respond to Plaintiff's Complaint by September 17, 2013.

1

2

**SO ORDERED**, this _____ day of September, 2013.

_____
**JUDGE THOMAS W. THRASH, JR.**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATL:0507424/00112:417819v1